TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
  Social Security Administration
  160 Spear Street, Suite 800
  San Francisco, CA 94105-1545
  Telephone: (415) 977-8985
  Facsimile: (415) 744-0134
  Email: Michael.Marriott@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA GAIL WATKINS,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No. 2:20-cv-08467-AS<br><br>[~~PROPOSED~~]<br>**JUDGMENT OF REMAND** |

  The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: April 28, 2021    / s / Sagar
              HONORABLE ALKA SAGAR
              UNITED STATES MAGISTRATE JUDGE